# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EEOC,<br><br>                    Plaintiff,<br>     vs.<br>UNION TRIBUNE PUBLISHING<br>COMPANY, et al.,<br><br>                    Defendant. | CASE NO. 04cv1977-L (WMc)<br><br>**ORDER** |

The Court will hold a *telephonic* Status Conference in the above-captioned case on **February 2, 2007 at 11:00 a.m.** Counsel for the EEOC is ordered to contact counsel for defendant and initiate a joint call to the Court at (619) 557-6624.

**IT IS SO ORDERED.**

DATED: January 26, 2007

*/s/ W. McCurine Jr.*

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

cc:

HONORABLE JAMES LORENZ
UNITED STATES DISTRICT JUDGE

ALL COUNSEL AND PARTIES OF RECORD