1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  EEOC, | CASE NO. 04cv1977-L (WMc) |
| 12                     Plaintiff, | **ORDER FOLLOWING SETTLEMENT DISPOSITION CONFERENCE** |
| 13       vs. | |
| 14  UNION TRIBUNE PUBLISHING COMPANY, et al., | |
| 15                     Defendant. | |

16

17         The Court held a Settlement Disposition Conference on March 22, 2007, in the chambers

18  of the Honorable William McCurine, Jr.   Appearing were Mika Spencer, Esq., Gerard Mitchell,

19  Peter Laura, Esq. and John Collins, Esq.  Revisions to the parties' settlement agreement were

20  made and placed on the record at the conference.

21         Payment pursuant to the parties' settlement agreement shall be made to Mr. Mitchell <u>no</u>

22  <u>later than **April 5, 2007.**</u>

23         **IT IS SO ORDERED.**

24  DATED: March 26, 2007

25                                              _____

26
                                              Hon. William McCurine, Jr.
27                                              U.S. Magistrate Judge, U.S. District Court
    cc:
28  HONORABLE JAMES LORENZ , UNITED STATES DISTRICT JUDGE
    ALL COUNSEL AND PARTIES OF RECORD

- 1 -                                      04cv1977-L (WMc)