# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EEOC,<br><br>    Plaintiff,<br>vs.<br>UNION TRIBUNE PUBLISHING COMPANY, et al.,<br><br>    Defendant. | CASE NO. 04cv1977-L (WMc)<br><br>**ORDER FOLLOWING STATUS CONFERENCE** |

The Court held a telephonic Status Conference on April 23, 2007. Appearing were Mika Spencer, Esq., Peter Laura, Esq., John Collins, Esq and Bobbie Espinosa.

After hearing from counsel of record, the Court issues the following Order:

1. The "prevailing rate" language shall remain in the Settlement Agreement.
2. No money shall be paid to Mr. Mitchell until the Settlement Agreement is finalized.
3. John Collins is ordered to send disputed language at issue re: interpreters to the Court via email at efile_mccurine@casd.uscourts.gov **no later than April 25, 2007**.

///
///
///
///

| | |
|---|---|
| 1 | 4.    Mika Spencer and Peter Laura are ordered to respond to the language submitted by |
| 2 | Mr. Collins **no later than May 2, 2007.**  The responses may also be lodged with |
| 3 | the Court at efile_mccurine@casd.uscourts.gov. |
| 4 | **IT IS SO ORDERED.** |

DATED: April 23, 2007

_____

Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

cc:

HONORABLE JAMES LORENZ , UNITED STATES DISTRICT JUDGE
ALL COUNSEL AND PARTIES OF RECORD