# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EEOC,<br><br>                            Plaintiff,<br>  vs.<br>UNION TRIBUNE PUBLISHING COMPANY, et al.,<br><br>                          Defendant. | CASE NO. 04cv1977-WMc<br><br>**ORDER** |

      On June 5, 2007, this Court delivered its oral ruling on the record with respect to the disputed language regarding interpreters in the parties' Settlement Agreement. Peter Laura, Esq. appeared on behalf of the EEOC. John Collins, Esq. and Bobbie Espinosa appeared on behalf of the Union Tribune. Gerard Mitchell appeared on his own behalf. Mr. Mitchell's counsel, Marilyn Mika Spencer, failed to appear.

      Pursuant to the Court's oral ruling, which is incorporated herein, Mr. Collins shall spearhead the distribution of the parties' revised Settlement Agreement by first providing Mr.

///
///
///
///
///
///

Mitchell with a Settlement Agreement for signature no later than June 6, 2007. The Settlement Agreement shall also be distributed to the other parties for signature no later than June 8, 2007.

**IT IS SO ORDERED.**

DATED: June 5, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

cc:

ALL COUNSEL AND PARTIES OF RECORD